UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| JOSHUA ICE, | | |
| | Petitioner, | Case No. C12-1044-MJP |
| v. | | |
| COMMANDER KARLSON. | | ORDER DISMISSING FEDERAL HABEAS PETITION |
| | Respondent. | |

The Court, having reviewed the Report and Recommendation of James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's petition for writ of habeas corpus and this action are DISMISSED without prejudice.

//

//

//

ORDER DISMISSING FEDERAL
HABEAS PETITION - 1

1      (3)    The Clerk is directed to send copies of this Order to petitioner and to the

2  Honorable James P. Donohue.

3      DATED this 19th day of February, 2013.

*[signature]*

Marsha J. Pechman
Chief United States District Judge

ORDER DISMISSING FEDERAL
HABEAS PETITION - 2